USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_3/24/2020\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILSON PEREZ,

                  Defendant.

17 Cr. 513-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 23, 2020, Defendant submitted a motion for reduction of his sentence under 18 U.S.C. § 3582(c)(1)(A). ECF No. 92. It is ORDERED that by **March 26, 2020**, the Government shall file a letter in response.

    SO ORDERED.

Dated: March 24, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge