UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-319 (SHS) |
| -against- | : | |
| | | ORDER |
| CHRISTIAN PABON, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    IT IS HEREBY ORDERED that the government shall file a letter setting forth its view as to the relative culpability of each defendant in this matter and in *17-Cr-513 (SHS)* on or before August 31, 2022.

Dated: New York, New York
       August 16, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.