

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 6, 2022

**BY ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
New York, New York 10007

    Re: *United States v. Fedor et al.*, 17 Cr. 513 (SHS)

Dear Judge Stein:

    The Government writes to respectfully request that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of September 10, 2022.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

    By: _____/s/_____
    Jessica K. Fender
    Assistant United States Attorney
    (212) 637-2276

cc: Defense Counsel (by ECF)

**Request to terminate Ms. Fender's appearance is granted.**

**Dated:** New York, New York
        September 7, 2022

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.